**EXHIBIT 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WINTER STORM SHIPPING, LTD.,                    :

      Plaintiff,                                  :           01 Civ 5650 (SAS)

  - against -                                         :

TPI OIL (1997) CO., LTD. and                        :
IRPC PUBLIC COMPANY LIMITED, f/k/a,
TPI, a/k/a THAI PETROCHEMICAL             :
INDUSTRY PUBLIC COMPANY LIMITED, or
THAI PETROCHEMICAL INDUSTRY PCL,    :

      Defendant.                              :
------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut   )
                        )    ss: SOUTHPORT
County of Fairfield    )

    Nancy R. Peterson, being duly sworn, deposes and says:

    1.    I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

    2.    I have attempted to locate the Defendants, TPI OIL (1997) CO., LTD. and IRPC PUBLIC COMPANY LIMITED f/k/a, TPI a/k/a THAI PETROCHEMICAL, INDUSTRY PUBLIC COMPANY LIMITED, or THAI PETROCHEMICAL INDUSTRY PCL, LTD., within this District. As part of my investigation to locate the Defendants within this District, I checked the telephone company information directory, as well as the white and yellow pages for New York listed on the Internet or World Wide Web, and did not find listings for the Defendants.

Finally, I checked the New York State Department of Corporations' online database which showed no listings or registrations for the Defendants.

3. I submit that Defendants cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4. Upon information and belief, the Defendants have, or will have during the pendency of this action, tangible and intangible property within the District in the hands of, ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC Bank USA Bank, J.P. Morgan Chase, Standard Chartered Bank, and/or Wachovia Bank N.A.

**WHEREFORE**, the Plaintiff respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendants' tangible and intangible property within this District in the hands of ABN Amro, American Express Bank, Bank of America, Bank of New York, Citibank, Deutsche Bank, HSBC Bank USA Bank, J.P. Morgan Chase, Standard Chartered Bank, and/or Wachovia Bank N.A.

Dated: April 13, 2007
      Southport, CT

                                              Nancy R. Peterson

Sworn and subscribed to before me
This 13th day of April, 2007.

_____
Notary Public