USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
WINTER STORM SHIPPING, LTD.,            :

    Plaintiff,            :       01 Civ 5650 (SAS)

  - against -            :

TPI OIL (1997) CO., LTD. and            :
IRPC PUBLIC COMPANY LIMITED, f/k/a,
TPI, a/k/a THAI PETROCHEMICAL            :
INDUSTRY PUBLIC COMPANY LIMITED, or
THAI PETROCHEMICAL INDUSTRY PCL,   :

    Defendants.            :
----------------------------------------------------------X

RECEIVED
CHAMBERS OF
JAN 29 2008
JUDGE SCHEINDLIN

## ORDER DIRECTING CLERK TO CLOSE THIS ACTION

W H E R E A S, the Plaintiff WINTER STORM SHIPPING, LTD. ("Winter Storm") commenced this action with the filing of a Verified Complaint on June 6, 2001; and

W H E R E A S, Winter Storm filed an Amended Verified Complaint on June 27, 2001; and

W H E R E A S, Winter Storm filed a Second Amended Verified Complaint on May 3, 2007; and

W H E R E A S, on application of the Plaintiff, Supplemental Process of Maritime Attachment and Garnishment ("PMAG") was issued on May 8, 2007 pursuant to Supplemental Rule B directing the restraint of assets of Defendants TPI OIL (1997) CO., LTD. and IRPC PUBLIC COMPANY LIMITED, f/k/a TPI, a/k/a THAI PETROCHEMICAL INDUSTRY PUBLIC COMPANY LIMITED, or THAI PETROCHEMICAL INDUSTRY PCL ("Defendants"); and

W H E R E A S, the PMAG was subsequently served on several banking institutions including J.P. Morgan Chase, Bank of New York and Wachovia and

W H E R E A S, funds were restrained at J.P. Morgan Chase, Bank of New York and Wachovia pursuant to the subject PMAG in the total amount of $432,709.18; and

W H E R E A S, Judgment having been entered against the Defendants and Plaintiff having confirmed receipt of the funds provided for thereunder;

W H E R E A S, Wachovia having been instructed to release the balance of funds attached to the Defendant(s);

It is hereby

O R D E R E D that this action be discontinued and dismissed and the clerk of court close this case.

Dated: JAN 29, 2008
New York, NY

S O   O R D E R E D:

_____
U.S.D.J.